UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN HOUSTON, <br>         Plaintiff, <br> vs. <br> NANCY BERRYHILL, <br> Acting Commissioner of Social Security <br><br>         Defendant | **Case No.** 2:17-CV-626 <br><br> ~~**PROPOSED**~~ **ORDER** |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $3863.23 and expenses in the amount of $4.50 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any

- 1

~~Proposed~~ Order

offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

Dated this <u>11th</u> day of <u>October,</u> 2017.

                                              _____
                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

Presented by,

s/J. Leanne Martinez
Janet Leanne Martinez
Attorney for Plaintiff

- 2 -

~~Proposed~~ Order