Chief United States Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN HOUSTON, ) | NO. 2:17-CV-626-BAT |
| Plaintiff, ) | |
| ) | ORDER FOR ATTORNEY'S FEES |
| vs. ) | PURSUANT TO 42 U.S.C. § 406(b) |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's

Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the

contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order,

now therefore, it is hereby

ORDERED that Plaintiff's attorney J. Leanne Martinez is awarded an attorney fee of

$9,402.75, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $3,863.23

under the Equal Access to Justice Act, leaving a remaining fee of $5,539.52. Social Security is

directed to send $5,539.52 to Plaintiff's attorney, minus any applicable processing fees as

allowed by statute.

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 2:17-cv-626-BAT] - 1

DATED this 17th day of January, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

S/J. Leanne Martinez
J. LEANNE MARTINEZ, WSBA #45358
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 2:17-cv-626-BAT] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25